1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DONALD TRAHAN,

11              Petitioner,               No. CIV S-06-2267 WBS KJM P

12         vs.

13    TOM L. CAREY, Warden,

14              Respondent.               <u>ORDER</u>

15    _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18    pauperis affidavit on the form used by this court or paid the required filing fee ($5.00).  <u>See</u> 28

19    U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the

20    appropriate affidavit in support of a request to proceed in forma pauperis or submit the

21    appropriate filing fee.

22              In accordance with the above, IT IS HEREBY ORDERED that:

23              1.  Petitioner shall submit, within thirty days from the date of this order, an

24    affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

25    petitioner's failure to comply with this order will result in the dismissal of this action; and

26    /////

                                              1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

pauperis form used by this district.

DATED:  October 30, 2006.

_____
U.S. MAGISTRATE JUDGE

1/mp
trah2267.101a