1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD TRAHAN,

11            Petitioner,                    No. CIV S-06-2267 WBS KJM P

12        vs.

13   TOM L. CAREY, Warden,

14            Respondent.             ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit on the form used by this court or paid the required filing fee ($5.00).  See 28

19   U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the

20   appropriate affidavit in support of a request to proceed in forma pauperis or submit the

21   appropriate filing fee.

22            In accordance with the above, IT IS HEREBY ORDERED that:

23            1. Petitioner shall submit, within thirty days from the date of this order, an

24   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

25   petitioner's failure to comply with this order will result in the dismissal of this action; and

26   /////

1

1    2. The Clerk of the Court is directed to send petitioner a copy of the in forma

2 pauperis form used by this district.

3 DATED:  October 30, 2006.

4                    _____

                 U.S. MAGISTRATE JUDGE

5

6 1/mp

 trah2267.101a

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26