1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DONALD TRAHAN,

11                    Petitioner,              No. CIV S-06-2267 WBS KJM P

12          vs.

13    TOM L. CAREY, Warden,

14                    Respondent.              ORDER

15    _____/

16                    Petitioner has requested an extension of time to file an application to proceed in

17    forma pauperis pursuant to the court's order of October 31, 2006.  Good cause appearing, IT IS

18    HEREBY ORDERED that:

19                    1.  Petitioner's November 22, 2006 request for an extension of time is granted;

20    and

21                    2.  Petitioner shall file an application to proceed in forma pauperis on or before

22    January 2, 2007.

23    DATED:  November 30, 2006.

24                                             _____

25                                             U.S. MAGISTRATE JUDGE

26    /mp
      trah2267.111