IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD TRAHAN,

    Petitioner,               No. CIV-S-06-2267 WBS KJM P

    vs.

TOM L. CAREY, et al.,

    Respondents.         FINDINGS AND RECOMMENDATIONS

/

        Petitioner is a California prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges the fact that he has been placed in the "Substance Abuse Program" (SAP) at California State Prison Solano, but does not challenge the length or fact of his incarceration. Pet. at 3.

        Respondents have filed a motion to dismiss[1] in which they assert that petitioner has failed to state a claim upon which this court can grant habeas relief. A petition for writ of

---

[1] On May 2, 2007, the court ordered respondents to file a response to petitioner's habeas application within sixty days, making the response due by July 2, 2007. Respondents did not file their motion to dismiss until July 5, 2007. While it is not clear why the motion to dismiss was filed late without a request for approval of late filing, petitioner has not objected to the court's consideration of it and the court is prepared to act on it. Respondents are reminded that they must meet court deadlines or seek an extension of time. Failure to meet court deadlines in the future may result in sanctions or disregarding of the late filing.

habeas corpus can only be granted if the habeas petitioner shows that he is in custody in violation of federal law. 28 U.S.C. § 2254(a). Because petitioner fails to allege that his confinement or the duration of his confinement violates federal law, this habeas action should be dismissed. However, the court will recommend that this action be dismissed without prejudice to petitioner's commencing an action under 42 U.S.C. § 1983. In deciding whether to file a § 1983 action, petitioner may wish to consider the United States Supreme Court's decision in <u>Sandin v. Conner</u>, 515 U.S. 472, 484 (1995), and that petitioner will be charged the $350.00 filing fee for a § 1983 action, which petitioner would be allowed to pay in installments. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY RECOMMENDED that:

1. Respondents' July 5, 2007 motion to dismiss be granted; and

2. Petitioner's application for writ of habeas corpus be dismissed without prejudice to petitioner's filing an action under 42 U.S.C. § 1983.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 24, 2008.

_____
U.S. MAGISTRATE JUDGE

1
trah2267.157