1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONALD TRAHAN,

11          Petitioner,                    No. CIV S-06-2267 WBS KJM P

12      vs.

13   TOM L. CAREY, et al.,

14          Respondents.                   <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On January 24, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23          The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1     1.  The findings and recommendations filed January 24, 2008, are adopted in full;

2     2.  Respondents' July 5, 2007 motion to dismiss is granted; and

3     3.  Petitioner's application for writ of habeas corpus is dismissed without

4  prejudice to petitioner's filing an action under 42 U.S.C. § 1983.

5  DATED:  March 5, 2008

6

7                                        _____

                                         WILLIAM B. SHUBB
8                                        UNITED STATES DISTRICT JUDGE

9

10

11
   trah2267.801
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26